# United States Bankruptcy Court
## District of Puerto Rico

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>SAN JUAN BAUTISTA MEDICAL CENTER, CORP. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>aka HOSPITAL SAN JUAN BAUTISTA | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):   EIN: 66-0604194 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>URBANIZACION TURABO GARDENS<br>CARR. 172 , SALIDA 21<br>CAGUAS, PR          ZIPCODE 00725 | Street Address of Joint Debtor (No. and Street, City, and State)          ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Caguas | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>PO BOX 4964<br>CAGUAS, PR          ZIPCODE 00725 | Mailing Address of Joint Debtor (if different from street address):          ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):          ZIPCODE | |

**Type of Debtor** (Form of Organization) (Check one box)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- [x] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only)  Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [x] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>SAN JUAN BAUTISTA MEDICAL CENTER, CORP. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:    NONE | Case Number: | Date Filed: |
| Location<br>Where Filed:    N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐   Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____<br>    Signature of Attorney for Debtor(s)      Date

</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____<br>(Name of landlord that obtained judgment)

_____<br>(Address of landlord)

☐   Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | SAN JUAN BAUTISTA MEDICAL CENTER, CORP. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _____

Signature of Attorney for Debtor(s)

CARMEN D. CONDE TORRES 207312
Printed Name of Attorney for Debtor(s)

C. CONDE & ASSOCIATES
Firm Name

254 SAN JOSE STREET
Address

SUITE 5c - SAN JUAN, PR 00901-1523

787-729-2900
Telephone Number

MARCH 17, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

LYMARI COLON
Printed Name of Authorized Individual

PRESIDENT OF GOVERNING BOARD
Title of Authorized Individual

MARCH 17, 2011
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

(Signature of Foreign Representative)

_____

(Printed Name of Foreign Representative)

_____

(Date)

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

# United States Bankruptcy Court
### District of Puerto Rico

In re  SAN JUAN BAUTISTA MEDICAL CENTER, CORP.

Case No. _____

Chapter _____11_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ............................................................ $ __50,000.00__

Prior to the filing of this statement I have received ..................................... $ __50,000.00 (RETAINER)__

Balance Due .......................................................................................... $ __0.00__

2.  The source of compensation paid to me was:

☑ Debtor            ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e. [Other provisions as needed]

$275.00 p/h for Carmen D. Conde Torres plus cost and expenses;
$250.00 p/h for Associates plus cost and expenses;
$200.00 p/h for Junior Attorneys plus cost and expenses;
$100.00 p/h for Legal Assistance such As Paralegal, in house special clerical services or Accounting Analyst plus cost and expenses.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

MARCH 17, 2011
_____
Date

_____
Signature of Attorney

C. CONDE & ASSOCIATES
_____
Name of law firm

# CORPORATE RESOLUTION

I, Jorge A. Torres, of legal age, married, Secretary of the Governing Board and resident of Guaynabo, Puerto Rico DO HEREBY CERTIFY that:

1. At a meeting celebrated on March 15, 2011, the Governing Board of San Juan Bautista Medical Center, Inc., agreed to file a bankruptcy petition under the provisions of Chapter 11 of the Bankruptcy Code.

2. That we have been informed and oriented of the meaning of Chapter 11 of the Bankruptcy Code.

3. That at the meeting of shareholders celebrated on the same date, the filing for bankruptcy under Chapter 11 of the Federal Bankruptcy Law was unanimously approved.

4. That it was also agreed that the services of Attorney Carmen D. Conde Torres would be retained for such purposes.

5. That it was also agreed that Lymari Colón, President of the Governing Board will be the person authorized to signed the Petition, Schedules and Statement of Financial Affairs and any other documents related to the bankruptcy proceedings.

To be evident, I sign this resolution today the 17th day of March, 2011.

San Juan Bautista Medical Center, Inc.

By: _____
Jorge A. Torres, Secretary

Affidavit No.

Sworn and signed before me by Jorge A. Torres of legal age, married, Secretary of San Juan Bautista Medical Center, Inc., and from the vicinity of Guaynabo, Puerto Rico, who is personally known to me.

Today 17th day of March, 2011 at San Juan, Puerto Rico.

_____
Notary Public

# UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

SAN JUAN BAUTISTA MEDICAL CENTER,
CORP.

In re _____,
                            Debtor

Case No. _____

Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

     Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| AEE<br>C/O ALDARONDO<br>& LOPEZ BRAS<br>ALB PLAZA CARR.<br>199 NO. 16 SUITE<br>400<br>GUAYNABO, PR<br>00969 | | | Contingent<br>Unliquidated<br>Disputed | 21,149,936.00 |
| DEPARTMENT OF<br>TREASURY<br>BANKRUPTCY<br>DIVISION<br>PO BOX 9024140<br>SAN JUAN, PR<br>00902-4140 | | | | 6,060,709.06 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS PO BOX 191020 SAN JUAN, PR 00919-1020 | | | | 1,777,631.79 |
| FONDO DEL SEGURO DEL ESTADO PO BOX 365028 SAN JUAN, PR 00936-5028 | | | | 1,013,079.14 |
| BORSCHOW HOSP. PO BOX 366211 GENERAL POST OFFICE SAN JUAN, PR 00936 | | | | 994,898.95 |
| AAA PO BOX 14580 SAN JUAN, PR 00916-4580 | | | | 867,734.98 |
| CONTINENTAL CASUALTY COMPANY PMC CCC HEALTH PRO 23453 NETWIRK PLACE CHICAGO, PR 60673-1234 | | | | 471,031.53 |
| U.T.E.P. PO BOX 859 HUMACAO, PR 00792 | | | | 395,881.08 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| PUERTO RICO HOSPITAL SUPPLY CALL BOX 158 CAROLINA, PR 00986-0158 | | | | 377,151.50 |
| E.M.I.C.S. ALTERNATIVE AT PO BOX 697 CANOVANAS, PR 00729 | | | | 361,771.73 |
| PREFERRED HEALTH PLAN PO BOX 23316 UPR STATION SAN JUAN, PR 00931 | | | | 253,796.03 |
| COVIDIEN GPO BOX 71416 SAN JUAN, PR 00936 | | | | 234,256.00 |
| SERVI PRO BAYAMON GARDENS H-11 CALLE CASTIGLIONI BAYAMON, PR 00957 | | | | 222,743.13 |
| PHILIPS MEDICAL SYSTEMS PR PO BOX 363954 OLD SAN JUAN STATION SAN JUAN, PR 00936-3954 | | | | 180,413.33 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |

INTERNAL
REVENUE
SERVICES
PO BOX 7346
PHILADELPHIA, PA
19101-7346

178,556.23

HEALTHCARE
AMBULATORY
SERVICE
PLAZA DEL
CARMEN MALL
NO. 24
CAGUAS, PR 00725

176,350.00

HATO REY MEAT
MARKET
GUAYAMA 153
SAN JUAN, PR
00917

154,950.57

MOVA
INTERAMERICANA
CALL BOX 4908
CAGUAS, PR 00726

129,053.60

GEO-MED GROUP,
INC.
PO BOX 6178
CAGUAS, PR 00726

120,266.46

MILLENIUM
MEDICALL
EMERGENCY GR
PMB 171
BOX 4956
CAGUAS, PR 00726

114,992.88

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date    MARCH 17, 2011

Signature    _____

LYMARI COLON ,
PRESIDENT OF GOVERNING BOARD

AAA
PO BOX 14580
SAN JUAN PR 00916-4580


ABBOTT LABORATORIES PR INC
PO BOX 71469
SAN JUAN PR 00936


ACUALAB DE PUERTO RICO
BOX 625
HUMACAO PR 00792


ADALBERTO RIVERA
PO BOX 2042
CAYEY PR 00737


ADELISE MATTEI VELEZ
ALTURAS VILLA DEL REY
AUSTINA C-15
CAGUAS PR 00725


ADSUAR MUNIZ GOYCO SEDA
POST OFFICE BOX 70294
SAN JUAN PR 00936


AEE
CO ALDARONDO  LOPEZ BRAS
ALB PLAZA CARR 199 NO 16 SUITE 400
GUAYNABO PR 00969


AEROMED SERVICES CORP
PMB 411
PO BOX 70344
SAN JUAN PR 00936-8344


AGA LINDE HEALTHCARE INSTITUTE
GPO BOX 354727
SAN JUAN PR 00936-4727

ALS UNLIMITED


ALADDIN TEMP RITE
PO BOX 19411
SAN JUAN PR 00910


ALARM  CONTROL SYSTEMS CO
PO BOX 11857
SAN JUAN PR 00922


ALICIA SOSA JIMENEZ
HC-04 BOX 44374
MSC-1421
CAGUAS PR 00725


ALPHA BIOMEDICAL AND DIAGNOSTIC
PO BOX 670
CAGUAS PR 00726


ALS ELECTRONIC SERVICE
CALLE GUATIBIRI F-8
URB VILLA BORINQUEN
CAGUAS PR 00725


ALTERNATIVE MEDICINE SERVICES
URB RIO VERDE
CALLE 25 ZZ-50
CAGUAS PR 00725


AMAURY A LLUVERAS VILLAFANE
URB OREILLY
CALLE 2 NUM 44
GURABO PR 00778


AMN BUSINESS FORMS
PO BOX 334411
PONCE PR 00733

ANA COLLAZO PIETRI
CALLE SAN JORGE 1700
COND RIJO APTO NO 12
SANTURCE PR 00919


ANDA GENERICS
2915 WESTON ROAD
FORT LAUDERDALE FL 33331


ANDRES GONZALEZ -GLZ EXTERMINATING
PMB 482
PO BOX 4956
CAGUAS PR 00726


ANGEL L CASTRO BARBOSA
HC-08 BOX 39521
CAGUAS PR 00726


ANTONIO MARCADO HERNANDEZ
URB MADRID LOPEZ
LOPEZ HORMAZABAL 19
JUNCOS PR 00777


ARAMBUBURU ESSO SERVICE CORP
CALLE GEORGETTI NO 1
CAGUAS PR 00726


ARNALDO LOPEZ FRANCO
PMB 356
PO BOX 4985
CAGUAS PR 00726-4985


ASHLAND
PO BOX 116735
ATLANTA GA 30368

ASOCIACION DE HOSPITALES DE PR
VILLA NEVAREZ PROF BLDG STE 101
CENTRO COMERCIAL VILLA NEVAREZ
SAN JUAN PR 00927


ATLANTIC BIOLOGICALS
20101 NE 16 PLACE
MIAMI FL 33176


ATLAS MECHANICAL
PO BOX 9145
SAN JUAN PR 00908


AXESA SERVICIOS DE INFORMACION
PO BOX 191225
SAN JUAN PR 00919


BANCO DE SERVICIOS MUTUOS
662 PONCE DE LEON
PDA 37
SAN JUAN PR 00918


BANCO POPULAR DE PUERTO RICO
PO BOX 362708
SAN JUAN PR 00936


BAXTER SALES  DISTRIBUTION CO
PO BOX 360002
SAN JUAN PR 00936-0002


BERDIEL  NIEVES
PO BOX 13703
SAN JUAN PR 00908-3703


BETHZAIDA FONSECA MARCANO
C-04 BOX 47138
CAGUAS PR 00725

BIENVENIDO AGOSTO MADERO


BIO MEDICAL APPLICATION


BIO-MED PLUS INC
PO BOX 3548
GUAYNABO PR 00970


BIOMET ORTHOPEDICS PUERTO RICO
PO BOX 363926
SAN JUAN PR 00936-3926


BMET CORP
PO BOX 10088
PONCE PR 00732


BMS COMUNICATIONS GROUP
PO BOX 363222
SAN JUAN PR 00936


BORSCHOW HOSP
PO BOX 366211
GENERAL POST OFFICE
SAN JUAN PR 00936


BORSCHOW HOSP
PO BOX 366211
GENERAL POST OFFICE
SAN JUAN PR 00936


BRENDA LIZ FIGUEROA TORRES
AVE JOSE GARIDO H-1
VILLA TURABO
CAGUAS PR 00725

CEL FIRE YO CARLOS FLORES
AVE BETANCES URB HERMANAS
DAVILA J-5 PO BOX 3092
BAYAMON PR 00960


CAGUAS UNIFORMS INC
ZONA INDUSTRIAL VILLA BLANCA
PO BOX 434
CAGUAS PR 00726


CAGUS MECHANICAL CNTRACTORS
NEBRASKA U-4
CAGUAS NORTE
CAGUAS PR 00725


CANCIO NADAL RIVERA
PO BOX 364966
SAN JUAN PR 00936


CARLOS A GOMEZ MARCIAL
CALLE LA ROGATIVA C-1
PASEO SAN JUAN
SAN JUAN PR 00926


CARLOS GONZALEZ VARELA  CPA
CALLE ACOSTA NO 32
EDIFICIO ISERN OFICINA 205
CAGUAS PR 00725


CARLOS TORRES BAEZ
HC-2 BOX 31417
CAGUAS PR 00725


CARMEN I COTTO CLAUDIO
PO BOX 5005
PMB 148
SAN LORENZO PR 00754

CARMEN I OCASIO MATOS
POO BOX 982
CAGUAS PR 00726-9821


CARMEN L FIGUEROA ORTIZ
HC 03 BOX 36891
CAGUAS PR 00725


CARMEN M RIVERA PEREZ
PO BOX 211
AGUAS BUENAS PR 00703


CASCADE WATER SERVICES
PO BOX 190
PAYMENTS 113 BLOOMINGDALE RD
BAYAMON PR 00960-0190


CATACHEM LATIN AMERICA
PO BOX 1098
CARR 140 KM 647 INTERIOR
BARCELONETA PR 00617


CELSIUS
PO BOX 6616
CAGUAS PR 00726


CHEAM-AGUA
PO BOX 1166
CAROLINA PR 00986


CHEMSTRUMENTS SALES  SERVICES
PO BOX 1857
GUAYNABO PR 00970


CHEMTRON OF PUERTO RICO
PMB 289 PO BOX 8700
CAROLINA PR 00988-8700

CIT FINANCIAL DE PUERTO RICO
COBIANS PLAZA BUILDING
1607 AVE PONCE DE LEON SUITE
SAN JUAN PR 00909


CLARO
PO BOX 70366
SAN JUAN PR 00936


CLENDO INDUSTRIAL LABORATORY
PO BOX 549
BAYAMON PR 00960


CLENDO REFERENCE LAB
PO BOX 549 AVE SANTA CRUZ
URB SANTA CRUZ
BAYAMON PR 00960


COASTAL
500 STUDIO DRIVE
VIRGINIA BEACH VA 23452


CONSOLIDATED RADIOLOGY COMPLEX
CONSOLIDATED MEDICAL PLAZA
202 GAUTIER BENITEZ SUITE 004
CAGUAS PR 00725


CONTINENTAL CASUALTY COMPANY
PMC CCC HEALTH PRO
23453 NETWIRK PLACE
CHICAGO PR 60673-1234


COQUI AMBULANCE
PO BOX 1212
CAGUAS PR 00725


CORDOVA AMB YO PABLO ROSARIO
CALLE MIRAFLORES NO 16
JUNCOS PR 00777-3612

CORTELCO
PO BOX 363665
SAN JUAN PR 00936-3665


COULTER ELECTRONICS SALES
PO BOX 71312
SAN JUAN PR 00936


COVIDIEN
GPO BOX 71416
SAN JUAN PR 00936


COVIDIEN
GPO BOX 71416
SAN JUAN PR 00936


CROSS MDICAL SPECIALTIES
450 ANDBRO DRIVE
SUITE 7
PITMAN NJ 08071


CROWD CONTROL
370 FERNANDO PRIMERO
HATO REY PR 00918-2423


DANIAN ENGINEERING
311 ARTURO MARQUEZ
URB VALLE PIEDRA
LAS PIEDRAS PR 00771


DANIEL SANTIAGO TORRES
PO BOX 1321
BAYAMON PR 00960


DANKA
PO BOX 70176
SAN JUAN PR 00936

DANNY RIVERA COLON
HC45 BOX 14551
CAYEY PR 00736


DAYANNE PENA RODRIGUEZ
APARTADO 2609
JUNCOS PR 00777


DEBRA FERRARI CRUZ
CALLE FLAMBOYAN G-2
VILLA TURABO
CAGUAS PR 00725


DELISSA CONTRERAS LOPEZ
HC-04 BOX 46619
BO JAGUAL
SAN LORENZO PR 00754


DENTAL DENTAL
METRO OFFICE PARK 14
CALLE 2 SUITE 200
GUAYANBO PR 00968


DEPARTAMENTO DEL TRABAJO Y
RECURSOS HUMANOS
PO BOX 191020
SAN JUAN PR 00919-1020


DEPARTMENT OF HEALTH
PO BOX 70184
SAN JUAN PR 00936


DEPARTMENT OF TREASURY
BANKRUPTCY DIVISION
PO BOX 9024140
SAN JUAN PR 00902-4140

DHL EXPENSES
PO BOX 4723
HOUSTON TX 77210


DIEGO LOINAZ MARTIN LAW OFFICES
1353 LUIS VIGOREAUX AVE
PMB 486
GUAYNABO PR 00926


DROGUERIA BETANCES
PO BOX 368
VILLA BLANCA
CAGUAS PR 00726


DROGUERIA CASTILLO
PO BOX 191149 361 ANGEL BUONOMO ST
TRES MONJITAS IND PARK
SAN JUAN PR 00919-1149


EMICS ALTERNATIVE AT
PO BOX 697
CANOVANAS PR 00729


ECO LAB
CALE BOX 60-7086
BAYAMON PR 00960


EDGE LEGAL STRATEGIES PSC
B5 TABONUCO STREET
SUITE 216 PMB 298
GUAYNABO PR 00968


EDITORIAL LA SEMANA
PO BOX 6537
CAGUAS PR 00726

EDWARDS LIFESCIENCIES SALES
PO BOX 1577
ROAD 402 KM 14
INDUSTRIAL PARK
ANASCO PR 00610

EDWIN DE JESUS GARCIA
CARR 174 KM 19
BO MULAS
AGUAS BUENAS PR 00703

EFRAIN HERNANDEZ REYES
URB VILLA DEL REY
C-23 4TA EXT
CAGUAS PR 00725

EFRAIN SOTO
YO MAST HOSP MAN
CALLE TORRES NO 77
PONCE PR 00731

EILEEN RAMOS CRESPO
VILLA CARMEN H-6
AVE LUIS MUNOZ MARIN
CAGUAS PR 0725

EILLIN LA SANTA GOMEZ
URB JARDINES DEL VALENCIANO
CALLE ORQUIDIAS B-24
JUNCOS PR 00777

EL NUEVO DIA
PO BOX 71445
SAN JUAN PR 00936-8545

EL ORIENTAL
CALLE CRUZ STELLA NO 36
HUNACAO PR 00791

ELECTRICAL   POWER GENERATOR
SAGRADO CORAZON
43 SANMARTIN STREET
GUANICA PR 00653


EMDEON BUSINESS SERVICES
1283 MURFREESBORD RD
NASHVILLE TN 37217-2419


EMERITO HERNANDEZ ROMAN
APARTADO 760
SAN LORENZO PR 00754


ERNESTO LOPEZ ASOCIADOS INC
898 AVE MUNOZ RIVERA SUITE 204
RIO PIEDRAS
SAN JUAN PR 00927


ESCUELA DE MEDICINA
SAN JUAN BAUTISTA
PO BOX 4968
CAGUAS PR 00725


ESCUELA DE MEDICINA
SAN JUAN BAUTISTA
PO BOX 4968
CAGUAS PR 00726-4968


EUFEMIO ROLDAN COSS
BO 2DA HONDA K-12
HC-30 BOX 3064
SAN LORENZO PR   00754


EVELYN RUTELL ORTIZ
PO BOX 4961
SUITE 304
CAGUAS PR 00726

EYMY CAMPOS ALCANTARA
URB COLINAS DE NAVARRO 7
CALLE PRINCIPAL
GURABO PR 00778


FACSIMILE PAPER
PO BOX 363122
SAN JUAN PR 00936


FDA MQSA
PO BOX 70953
CHARLOTTE NC 28272-0953


FELIX TORRES
MF-4 PASEO DEL MONTE
URB MONTE CLARO
BAYAMON PR 00961


FENWAL
KM 05 ROAD NO 112
SAN GERMAN PR 00683


FISCHER SCIENTIFIC
PO BOX 3648
BOSTON MA 02241-3648


FONDO DEL SEGURO DEL ESTADO
PO BOX 365028
SAN JUAN PR 00936-5028


FRANCISCO ROMERO LLAVONA
AVE LUIS MUNOZ MARIN
CONDADO MODERNO M-13
CAGUAS PR 00725


FUJINON INC
10 HIGHPOINT DRIVE WAYNE
GROTON MA 01470

GABRIEL MALDONADO ORTIZ
BDA SAN LUIS
CALLE JERUSALEN NO 64
AIBONITO PR 00705


GABRIEL MALDONADO YO ACTS
NO 3 LAS AVES
LUQUILLO PR 00773


GE CAPITAL CORP OF PR
PO BOX 70256
SAN JUAN PR 00936-8256


GE HELATHCARE PUERTO RICO INC
AVE SAN PATRICIO 792
URB LAS LOMAS
SAN JUAN PR 00921


GENOVEVA OSORIO RAMOS


GEO-MED GROUP INC
PO BOX 6178
CAGUAS PR 00726


GLOBALIZE BUSINESS SOLUTION
680 AVE CESAR GONZALEZ
SUITE 200
SAN JUAN PR 00918


GOMEZ GRAFIKA
PO BOX 5565
CAGUAS PR 00726


GRAINGER
105 CONQUISTADORES AVE
CATANO PR 00962

GRUPO OFTALMOLOGIA RCM
PO BOX 29134
SAN JUAN PR 00929


GUADAMED AMBULANCE
CARR 189
KM 11 BO RINCON
GURABO PR 00778


GUIDANT
MARIO PELEGRINA INC
PO BOX 916
ST JUST PR 00978


GULF COAST PHARMACEUTICALS
995 NORTH HALSTEAD ROAD
OCEAN SPRINGS MS 39564


HA RENTAL MACHINES
CARR 735 KM 06
HC-74 BOX 6882
CAYEY PR 00736


HATO REY MEAT MARKET
GUAYAMA 153
SAN JUAN PR 00917


HEALTHCARE AMBULATORY SERVICE
PLAZA DEL CARMEN MALL NO 24
CAGUAS PR 00725


HEALTHCARE DATA INC
PO BOX 234010
ENCINITAS
ENCINITAS CA 92023

HEALTHCARE LOGISTICS
PO BOX 25
CIRCLEVILLE OH 43113-0025


HECTOR RIVERA APONTE
PO BOX 523
CAGUAS PR 00739


HECTOR TORRES HERNANDEZ
CALLE 1 B-2
URB LAS MERCEDES
CAGUAS PR 00725


HERRERO GRAPHIC PRINTING
PO BOX 20589
SAN JUAN PR 00929


HILDA AGUAYO BENITEZ
URB BONNEVILLE HEIGHTS
CALLE AIBONITO NO 4
CAGUAS PR 00727


HIMA
AVE MUNOZ MARIN
CAGUAS PR 00725


HOLSUM DE PUERTO RICO
CALL BOX 8282
TOA BAJA PR 00949


HOSPITAL MENONITA
PO BOX 373130
CAYYEY PR 00737-3130


IFC LIGHTING SERVICE SUPPLY
CAPARRA TERRACE 1626
AVE PINERO
SAN JUAN PR 00920

IMPLANTES Y SISTEMAS MEDICOS
PMB 171 PO BOX 11850
SAN JUAN PR 00922


IMRL INMUNDO REF LAB
CALLE AGUAYBANA NO 426
URB VEDADO HATO REY
SAN JUAN PR 00918


INFOMEDIKA EDP SOFTWARE


INSTRUMED
PMB 171
PO BOX 11850
SAN JUAN PR 00922


INTENSIVE CARE TRANSPORT
PO BOX 9022556
SAN JUAN PR 00902


INTERBORO SYSTEMS CORP
PO BOX 6371
SAN JUAN PR 00914


INTERGRADE NETWORK GROUP
MSC 896
AVE WISTON CHURCHILL 138
SAN JUAN PR 00926


INTERNAL REVENUE SERVICES
PO BOX 7346
PHILADELPHIA PA 19101-7346


IRIS M CLAUDIO CLAUDIO
PO BOX 5005
PMB 43
SAN LORENZO PR 00754

```
IRIS Y BAEZ RIOS
HC-07 BOX 33119
CAGUAS PR 00726


IRS
CITIVIEW PLAZA NO II
48 CARRETERA 165 SUITE 2000
GUAYNABO PR 00968-8000


IRVING O DIAZ BARBOSA
CALLE PINA I-16
URB LOS CRIOLLOS
CAGUAS PR 00725


ISRAEL ROSADO
HC 02 BOX 11063
JUNCOS PR 0777


IVANS INC
PO BOX 8500001
ORLANDO FL 32885-0033


IVELISSE SANTOS COTTO
HC-8 BOX 38826
CAGUAS PR 00725


JM DEPOT INC
PARQUE INDUSTRIAL EL COMANDANTE
CALLE SAN MARCOS EDIF 2 NORTE
CAROLINA PR 00982


JM BARAGANO


JAIME ALBIZU LAMBOY RILEY
EDIF ARROYO
528 PONCE DE LEON SUITE 304
SAN JUAN PR 00917
```

JAIME ALBIZU LAMBOY RILEY
LA RIVIERA
943 DE DIEGO
SAN JUAN PR 00921


JAIME X RODRIGUEZ VELAZQUEZ
HC-03 BOX 7909
LAS PIEDRAS PR 00771


JANELLY PEREZ WILLIAMS
HC-02 BOX 11112
HUMACAO PR 00791-9602


JANICE DIEPPA SANCHEZ
VILLAS DE GURABO
CALLE 1 D-30
GURABO PR 00778


JENNY L MORALES CLAUDIO
HC-04 BOX 97528
CAGUAS PR 00725


JESSICA NUNEZ FELIX
RES BRISAS DEL TURABO
EDIF 20 APT 130
CAGUAS PR 00725


JORGE C NAVARRO
VILLA NUEVA
CALLE 4 T-32
CAGUAS PR 00725


JORGE MARRERO NIEVES
URB ALTOS DE LA FUENTE
K-23 CALLE 8
CAGUAS PR 00725

JORGE NIEVES HUERTAS
HC-07 7537
AGUAS BUENAS PR 00703


JOSE A CARTAGENA
CALLE 25 WZ 14
URB RIO VERDE 0
CAGUAS PR 00726


JOSE A RODRIGUEZ ROBLES
PMB 363
PO BOX 70344
SAN JUAN PR 00936


JOSE D BONES RIVERA
TURABO GARDENS
CALLE 40 G-20
CAGUAS PR 00725


JOSE L CRUZ
BOX 30943
SAN JUAN PR 0929


JOSE M PENA ALICEA
CALLE H-2 B-5
URB SAN RAFAEL
CAGUAS PR 00725


JOSELYN C AYALA RODRIGUEZ
1972 URB SAN ROMAN
CALLE SAUCO
GUAYNABO PR 00969


JUAN J LEBRON TIRADO
VILLAS DEL CASTRO
CALLE 4
CAGUAS PR 00725

JUAN MORALES RIVERA
CALLE YAUREL E-13
PARQUE LAS MERCEDES
CAGUAS PR 00725


JUAN ORTIZ PEREZ



JULIE RIVERA LARACUENTE
PO BOX 916
PENUELAS PR 00624


JV ELEVATOR SERVICE
RR 02 BOX 5614
CIDRA PR 00739


KEVANE SOTO PASARELL
33 BOLIVIA STREET
4TH FLOOR
SAN JUAN PR 00917


KINGS UNIFORMS  IND LAUNDRY
CARR NO 2 KM 699 BO SANTANA
PO BOX 1138
ARECIBO PR 00613


LAB CORPORATION
LAGUNA GARDENS SHOPPING PLAZA
SUITE 247
BURLINGTON NC 27215


LADYBUG YO GLENDA RIVERA
SERVICIOS DE CONTROL DE PLAGAS
PO BOX 1214
AIBONITO PR 00705-1214

LAMP-RECYCLING
OLIMPO PLAZA APT 403
AVE MUNOZ RIVERA 1002
SAN JUAN PR 00927


LATIN AMERICAN ATM GROUP
255 AVE EMILIANO POT
LAS CUMBRES
SAN JUAN PR 00927


LC DISTRIBUTORS INC
PO BOX 361709
SAN JUAN PR 00936


LECOMAR UNIFORMS
PO BOX 449
BARCELONETA PR 00617


LEODI INTERNATIONAL INC
CALLE MAESTRO CORDERO NO 8
SAN JUAN PR 00917


LIGHT GAS CORPORATION
PO BOX 1155
SALINAS PR 00751


LIPPINCOTT WILLIAM  WILKINS
A WOLTERS KLUVER CO
PO BOX 1550
HAGERSTOWN MD 21741


LISA RAMOS
PO BOX 370410
CAYEY PR 00737


LIZA M RAMOS LORENZO
PO BOX 370410
CAYEY PR 00737

LIZA V FRANCO VAZQUEZ
BOX 192
SAN LORENZO PR 00754


LOGISTICS   PLANNING
F-16 AZULES DEL MAR
DORADO PR 00646


LOURDES MALDONADO PIRIS
CALLE NEBRASKA AC 43
CAGUAS NORTE
CAGUAS PR 00725


LOURDES MONTANEZ CRUZ
URB CIUDAD JARDIN
A 79 SUR BAIROA CVIG
CAGUAS PR 00725


LOURDES MUNIZ BADILLO
HC-05 BOX 10767
MOCA PR 00676


LTC PRODUCTS
PO BOX 2487
ANASCO PR 00610


LUCY E GONZALEZ BURGOS
VILLA DEL REY
IRA SECCION CALLE KENT K-5
CAGUAS PR 00725


LUIS A MEDINA
ALTOS DE LA INTERAMERICANA
V-7 CALLE 15
TRUJILLO ALTO PR 00976

LUIS ACOSTA FLORES
URB VILLAS DE CASTRO
CALLE 700 KK-21
CAGUAS PR 00725


LUIS D DAVILA GONZALEZ
JOSE MERCADO U-5
CAGUAS PR 00725


LUIS F COLLAZO MARTINEZ
PO BOX 8608
CAGUAS PR 00726


LUIS O ROMERO CALDERON


LUZ DE LEON
HC 01 BOX 4012
MAUNABO PR 0707


LUZ E RAMOS SANCHEZ
BDA VILLA ALEGRE
CALLE 1 F NO 4
CAGUAS PR 00725


LUZ E VAZQUEZ SANCHEZ
CALLE 4 E-28
URB SAN RAFAEL
CAGUAS PR 00725


LUZ L COLON BERMUDEZ
RR-01 BUZON 2392
CIDRA PR 00739


LUZ N RODRIGUEZ PEREZ
HC-07 BOX 3312
CAGUAS PR 00726

LYDIA COLON ALVAREZ


MADELINE RIVERA
URB EL VIVERO CALLE 3 A-16
GURABO PR 00778


MAGDA LOPEZ BENITEZ
APRIL GARDEN
CALLE 10 G2
LAS PIEDRAS PR 00771


MAIDA CRUZ RUIZ
MORADOR BAIROA
2T 29 CALLE 24
CAGUAS PR 00727-1029


MALDONADO  ASOCIADOS PSC
PO BOX 79549
CAROLINA PR 00984


MARGARITA CEDENO COTTO
HC-04 BOX 4494
LAS PIEDRAS PR 00771


MARIA ALEJANDRO LUGO
HC 05 BOX 55009
CAGUAS PR 00725


MARIA DEL C CARABALLO
RES VISTA ALEGRE
EDIF 1 APT 10
AGUAS BUENAS PR 00703


MARIA E CARRION POMALES
HC-02 BOX 9890
JUNCOS PR 00777

```
MARIA E DIAZ SANTER
HC-70 BOX 31082
SAN LORENZO PR 00754-9711


MARIA HERNANDEZ RIVERA
RES JUAN JIMENEZ GARCIA
EDIF 3 APT 171
CAGUAS PR 00725


MARIA L DINGUI FIGUEROA
PO BOX 752
CIDRA PR 00739-0752


MARTINEZ ODELL  CALABRIA
PO BOX 190998
SAN JUAN PR 00919


MASTER PAINTS
425 CARR 693
PMB 240
DORADO PR 00646


MAYLEEN DIAZ ALEJANDRO
HC-02 BOX 4513
LAS PIEDRAS PR 00771


MAYTE ROLON
CO LABORATORIO ROLON
PO BOX 142292
ARECIBO PR 00614


MBI DIAGNOSTIC IMAGING INC
PO BOX 157
BAYAMON PR 00960-157


MCMASTER-CARR SUPPLY CO
PO BOX 7690
ILLINOIS IL 60680
```

```
MED-NET CORP
400 CALAF STREET
SUITE 101
SAN JUAN PR 00918


MEDICAL BIOTRONIC
PO BOX 2952
BAYAMON PR 00960-2952


MEDICAL EMERGENCY CARE PROVIDE
PO BOX 19917
SAN JUAN PR 00910-1917


MEDICAL PRODUCTS SYSTEMS
URB CONDADO MODERNO
CALLE 13 M 33
CAGUAS PR 00725


MEDICAL TRANSPORT AMBULANCE
A-25 CALLE 2
URB ESTANCIAS DEL LAGO
CAGUAS PR 00725


MEDICS
3 AVE RUIZ SOLER
URB JARDINES DE CAPARRA
BAYAMON PR 00959


MEDINTEK CORP
PMB 42
382 SAN CLAUDIO AVE
SAN JUAN PR 00926-9910


MICHELLE M SURGRANES DE LA VEGA
URB MARLENE B-28
CAGUAS PR 00725
```

MICRO TECH
AVE DEGETAU
URB SAN FRANCISCO
CAGUAS PR 00725


MILLENIUM MEDICALL EMERGENCY GR
PMB 171
BOX 4956
CAGUAS PR 00726


MITCHEL NUNEZ ESQUILIN
BOX 7181
JUNCOS PR   00777


MODERN MEDICAL SALES
PO BOX 850
CAGUAS PR 00725


MOVA INTERAMERICANA
CALL BOX 4908
CAGUAS PR 00726


MR INK OF PUERTO RICO
PO BOX 2003
CAGUAS PR 00726


MUNCICIPALITY OF CAGUAS
DIRECTOR DE FINANZAS

CAGUAS PR 00725


NAME BRAND
RUIS BELVIS NO 23
CAGUAS PR 00725


NATIONAL LUMBER  HARDWARE
PO BOX 839
SAN JUAN PR 00919

NESTOR D CENTENO ORTIZ
RR-02 BOX 6735
BO BAYAMON SEC CERTENEJAS I
CIDRA PR 00739


NEW YORK AMBULANCE
NO 37 CALLE YERBA BUENA
CIUDAD JARDIN
GURABO PR 00778


NIDZA L REYES LOPEZ
CALLE NARCISO COLLAZO NO 339
BUZON 197
CAYEY PR 00739


NIPRO MEDICAL OF PUERTO RICO
PO BOX 810263
CAROLINA PR 00981


NORMA RODRIGUEZ VELAZQUEZ
100 EMAJAGUILLA
LOS FLAMBOYANES
GURABO PR 00778


NU SCAN CENTER
PO BOX 6960
CAGUAS PR 00726


ODNIEL PAGAN INC
PO BOX 7758
PUEBLO STATION
CAROLINA PR 00986


OMAYRA MULERO MULERO
HC-05 BOX 52894
CAGUAS PR 00725-9027

OMAYRA ROSA NERIS
HC-40 BOX 43333
SAN LORENZO PR 00754


OTIS ELEVATOR COMPANY
121 GANGES STREET
URB EL PARAISO
SAN JUAN PR 00926-2915


PG COMERCIAL LLC
PO BOX 71492
SAN JUAN PR 00936-8592


PEDIATRIX MEDICAL GROUP
PO BOX 4964
CAGUAS PR 00725


PEDRO A MALAVE FIGUEROA
HC-20 BOX 25613
SAN LORENZO PR 00754


PEDRO L DEL VALLE SALUCRUP
SABANERA DEL RIO NO 402
CAMINO LAS TRINITARIAS
GURABO PR 00778


PEREIRA MEDICAL SYSTEMS INC
URB BAIROA
CALLE GUARIONEX BS
CAGUAS PR 00725


PERFORACIONES E CAMPOS INC
CARR 1 KM 243
BO BUEN PASTOR
GUAYNABO PR 00969

PHILIPS MEDICAL SYSTEMS PR
PO BOX 363954
OLD SAN JUAN STATION
SAN JUAN PR 00936-3954


PITNEY BOWES PUERTO RICO INC
PO BOX 9020524
SAN JUAN PR 00902


PLATINUM OFFICE
PO BOX 801082
COTO LAUREL
COTO LAUREL PR 00780


PORFIRIO A TOLEDO Y ASSOC
PO BOX 195243
SAN JUAN PR 00919-5243


POST MASTER DE CAGUAS
CALLE GAUTHIER BENITEZ
CAGUAS PR 00725


POSTAL SUPPLY WAREHOUSE
17939 CHATSWORTH STREET NO 427
GRANADA HILLS CA 91344


PR SALES AND SERVICES


PR SOLUTION SUPPLY INC
PO BOX 50460
TOA BAJA PR 00950


PR TELEPHONE COMPANY
PO BOX 71535
SAN JUAN PR 00936-8635

PREFERRED HEALTH PLAN
PO BOX 23316
UPR STATION
SAN JUAN PR 00931


PRIME MEDICAL TRANSPORT
PMB 429 SUITE 101
220 WESTERN AUTO PLAZA
TRUJILLO ALTO PR 00976


PRIVATE COPS SECURITY CORP
PALMANOVA PLAZA SUITE 127-C
PALMAS DEL MAR
HUMACAO PR 00792


PROF EMERGENCY MANAGEMENT
CLINICA OPD
SAN JUAN BAUTISTA MEDICAL


PROG ENFERMEDADES HEREDITARIA
HOSPITAL PEDIATRICO UNIVERSITARIO
GPO BOX 70192
SAN JUAN PR 00936


PSW
POSTAL SUPPLY WAREHOUSE
GRANADA HILLS CA 91344


PUERTO RICO BIOMEDICAL
PO BOX 4755
CAROLINA PR 00984


PUERTO RICO HOSP SUPPLY
CARRETERA 860 KM 01
CAROLINA PR 00987

PUERTO RICO HOSPITAL SUPPLY
CALL BOX 158
CAROLINA PR 00986-0158


PUERTO RICO SURGICAL
HC 72 BOX 3766-324
NARANJITO PR 00719


PULMONARY SERVICES
PO BOX 19870
SAN JUAN PR 00910


RCP ANESTHESIA PSC
PO BOX 366257
SAN JUAN PR 00936


RAD ONE PSC
PMB 409 1357
AVE ASHFORD
SAN JUAN PR 00907


RAMONA LEE ELIAS
HC-20 BOX 26316
SAN LORENZO PR 00754


RICARDO DIAZ SOTO
HC 04 BOX 47139
CAGUAS PR 00725


RM ELECTRICAL SERVICES
URB VILLA CRIOLLOS
C-14 CALLE CORAZON
CAGUAS PR 00725


ROSA I SANTOS RODRIGUEZ
PMB 20113
PO BOX 35000
CANOVANAS PR  00729

ROSADO CONDE  ASOCIADOS
454 TNTE CESAR GONZALEZ
SAN JUAN PR 00918


ROSALIA RODRIGUEZ
URB CONDADO MODERNO
J-2 CALLE 9
CAGUAS PR 00725


RYDER MEMORIAL HOSPITAL
PO BOX 859
HUMACAO PR 00792


SAMUEL DE LA ROSA VALENCIA
APARTADO 22805
SAN JUAN PR 00931


SANTURCE X-RAY
PO BOX 11749
SAN JUAN PR 00910


SENSORS
6003 CHAPEL HII
SUITE 117
RALEIGH NC 27607


SERVI PRO
BAYAMON GARDENS
H-11 CALLE CASTIGLIONI
BAYAMON PR 00957


SERVICIOS NEONATALES GUALI


SEXAUER
200 EAST PARK DRIVE
SUITE 200
MOUNT LAUREL NJ 08054

SHERWIN WILLIAMS
AVE LUIS MUNOZ MARIN
A-16
CAGUAS PR 00725


SMITH AND NEPHEW
PO BOX 191952
SAN JUAN PR 00919-1952


SOCORRO VELAZQUEZ RODRIGUEZ
BUNKER N-412
CAGUAS PR 00725


SPOT AND HOLD
PO BOX 1836
MAYAGUEZ PR 00681-1836


ST JUDE MEDICAL PR BV
PO BOX 998
CAGUAS PR 00725


STAT LAB SUPPLY
PO BOX 192072
SAN JUAN PR 00919-2072


STERICYCLE INC
PO BOX 9001590
LOUSVILLE KY 40290


SYSTEMS ONE
PO BOX 10567
CAPARRA HEIGHTS STATION
SAN JUAN PR 00922


TAIMA FLORES PEDRAZA
PO BOX 524
CIDRA PR 00739

TEAM COLLECTION
PO BOX 3050
GURABO PR 00778


THE PUERTO RICO YELLOW PAGES
530 AVE DE LA CONSTITUCION
SAN JUAN PR 00901


THERESA ORTIZ MONTANEZ
JARDINES DE SAN CARLOS
EDIF 3 APT 27
CAGUAS PR 00725


UTEP
PO BOX 859
HUMACAO PR 00792


UNITED FORMS  GRAPHICS
PO BOX 8701
BAYAMON PR 00960


UNITED STATES TREASURY
PO BOX 16742
SAN JUAN PR 00908


UNIVERSAL CARE
PO BOX 895
SABANA SECA PR 00952


UNIVERSAL SERVICES  CONSULTANT
PO BOX 5891
CAGUAS PR 00726


US DEPARTMENT OF JUSTICE
FEDERAL LITIGATION DIVISION
PO BOX 9020192
SAN JUAN PR 0090-0192

VAQUERIA TRES MONJITAS
PO BOX 366757
SAN JUAN PR 00937


VILARO LAW OFFICES


VIRGINA CRUZ BAEZ
HC-02 BOX 5366
COMERIO PR 00782


WASTE MANAGEMENT
PO BOX 71561
SAN JUAN PR 00936


WILBERTO VELEZ DEL VALLE
BOX 1107
SAN LORENZO PR 00754


WILLIAM SANCHEZ CRUZ
HC-11 BOX 47591
CAGUAS PR 00725


WORLDS OFFICE MACHINE


XEROCOMSYS INC
AVE 65 INFANTERIA 1416
URB SAN AGUSTIN
SAN JUAN PR 00926


XIOMARA BERRIOS
HC 01 BOX 5427
BARRANQUITAS PR 00794


YADDIRA PAGAN RIVERA
HC-02 BOX 13790
GURABO PR 00778

YENITZA RIVERA JIMENEZ
PO BOX 497
SAN LORENZO PR 00754


YINESKA TOLENTINO
HC-01 BOX 6746
LAS PIEDRAS PR 00771


YOLANDA BURGOS MORALES
URB MENDEZ
CALLE D NO 52
YABUCOA PR 00767


YOLANDA DEL VALLE RODRIGUEZ
HC-04 BOX 47899
CAGUAS PR 00725


ZAIR O HERNANDEZ  DELGADO
PO BOX 2221
JUNCOS PR 00777


ZOOM BUSINESS FORMS
AVE ESCORIAL NO 720
CAPARRA TERRACE
SAN JUAN PR 00920

# UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

SAN JUAN BAUTISTA MEDICAL CENTER,
CORP.

In re _____ ,

Debtor

Case No. _____

Chapter ___11___

## VERIFICATION OF LIST OF CREDITORS

    I hereby certify under penalty of perjury that the attached List of Creditors which consists of 39 pages, is true,

correct and complete to the best of my knowledge.

Date   ___MARCH 17, 2011___        Signature _____

LYMARI COLON ,
PRESIDENT OF GOVERNING BOARD

C. CONDE & ASSOCIATES
254 SAN JOSE STREET
SUITE 5
SAN JUAN, PR 00901-1523
787-729-2900
787-729-2203