IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

SAN JUAN BAUTISTA MEDICAL CENTER, CORP., a/k/a HOSPITAL SAN JUAN BAUTISTA

Debtor in Possession

CASE NO. 11-02270

CHAPTER 11

## MOTION IN COMPLIANCE WITH PR LBR 4002-1(d)

TO THE HONORABLE COURT:

**COMES NOW**, *SAN JUAN BAUTISTA MEDICAL CENTER, CORP.,* a/k/a HOSPITAL SAN JUAN BAUTISTA, Debtor herein, through the undersigned attorney, and very respectfully **STATES** and **PRAYS**:

1. On this same date, *SAN JUAN BAUTISTA MEDICAL CENTER, CORP.,* a/k/a HOSPITAL SAN JUAN BAUTISTA, filed the bankruptcy petition under the provisions of Chapter 11 of the U.S. Bankruptcy Code.

2. PR LBR 4002-1(d) requires that the Debtor inform the name, title and address of the person who will act on behalf the Debtor in the above captioned case.

3. In compliance with the PR LBR 4002-1(d) requirements, the Debtor herein informs this Honorable Court the following:

   - The person to act on behalf the debtor is its President of the Governing Board, Ms. Lymari Colón. Her postal address is: PO Box 4964, Caguas, PR 00725.

**WHEREFORE**, the debtor herein respectfully requests this Honorable Court to take

notice of its compliance with the requirements of PR LBR 4002-1(d).

## NOTICE

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 18th day of March, 2011.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the participants appearing in said record including the US Trustee.

**C. CONDE & ASSOC.**

/S/Carmen D. Conde Torres

Carmen D. Conde Torres, Esq.

(USDC No. 207312)

254 San José Street, 5th Floor

Old San Juan, Puerto Rico 00901
Telephone: 787-729-2900

Facsimile: 787-729-2203

E-Mail: condecarmen@microjuris.com