IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br><br>SAN JUAN BAUTISTA MEDICAL CENTER, CORP., a/k/a HOSPITAL SAN JUAN BAUTISTA<br><br>Debtor in Possession | CASE NO. 11-02270<br><br>CHAPTER 11 |

**DEBTOR'S MOTION REQUESTING THAT NOTICE OF FILING BE LIMITED**

**TO THE HONORABLE COURT:**

**COMES NOW,** *SAN JUAN BAUTISTA MEDICAL CENTER, CORP.,* a/k/a HOSPITAL SAN JUAN BAUTISTA, Debtor herein, through its undersigned attorney, and very respectfully states and prays as follows:

1. The above captioned debtor filed a petition under the dispositions of Chapter 11 of the Bankruptcy Code on this same date.

2. That due to the large number of creditors and parties in interest, noticing procedures take considerable time and expenses.

3. The debtor requests this Honorable Court to consider to limit the notice of all motions filed to secured creditors listed on schedules, to all parties who officially appear in the process and to the twenty (20) largest unsecured creditors, pursuant to F.R.B.P. 2002(m). Enclosed as **Exhibit 1** is copy of the twenty largest unsecured creditors.

**WHEREFORE,** the Debtor prays this Honorable Court to consider its requested to limit the notice of all motions and documents to be filed from this date on, to all parties

who has officially appeared in the process, to secured creditors and to the twenty (20) largest unsecured creditors.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 18th day of March, 2011.

## NOTICE

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing through the CM/ECF system, which will send notification of such filing to the parties therein registered to receive Notice including the US Trustee and I further hereby certify that on this same date a true and exact copy of the foregoing has been send by regular mail to and to all parties who have filed a Notice of Appearance in the case at bar and who are not electronic service recipients and to all creditors and parties in interest as per the master address list herein attached.

**C. CONDE & ASSOC.**
254 San José Street, 5th Floor
Old San Juan, Puerto Rico 00901
Telephone: 787-729-2900
Facsimile: 787-729-2203
E-Mail: *condecarmen@microjuris.com*
/s/ Carmen D. Conde Torres
Carmen D. Conde Torres, Esq.
USDC No. 207312



# UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

In re  SAN JUAN BAUTISTA MEDICAL CENTER, CORP.,
       Debtor

Case No. _____

Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| AEE C/O ALDARONDO & LOPEZ BRAS ALB PLAZA CARR. 199 NO. 16 SUITE 400 GUAYNABO, PR 00969 | | | Contingent Unliquidated Disputed | 21,149,936.00 |
| DEPARTMENT OF TREASURY BANKRUPTCY DIVISION PO BOX 9024140 SAN JUAN, PR 00902-4140 | | | | 6,060,709.06 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS PO BOX 191020 SAN JUAN, PR 00919-1020 | | | | 1,777,631.79 |
| FONDO DEL SEGURO DEL ESTADO PO BOX 365028 SAN JUAN, PR 00936-5028 | | | | 1,013,079.14 |
| BORSCHOW HOSP. PO BOX 366211 GENERAL POST OFFICE SAN JUAN, PR 00936 | | | | 994,898.95 |
| AAA PO BOX 14580 SAN JUAN, PR 00916-4580 | | | | 867,734.98 |
| CONTINENTAL CASUALTY COMPANY PMC CCC HEALTH PRO 23453 NETWIRK PLACE CHICAGO, PR 60673-1234 | | | | 471,031.53 |
| U.T.E.P. PO BOX 859 HUMACAO, PR 00792 | | | | 395,881.08 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

| (1)  Name of creditor and complete mailing address including zip code | (2)  Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)  Nature of claim (trade debt, bank loan, government contract, etc. | (4)  Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)  Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| PUERTO RICO HOSPITAL SUPPLY CALL BOX 158 CAROLINA, PR 00986-0158 | | | | 377,151.50 |
| E.M.I.C.S. ALTERNATIVE AT PO BOX 697 CANOVANAS, PR 00729 | | | | 361,771.73 |
| PREFERRED HEALTH PLAN PO BOX 23316 UPR STATION SAN JUAN, PR 00931 | | | | 253,796.03 |
| COVIDIEN GPO BOX 71416 SAN JUAN, PR 00936 | | | | 234,256.00 |
| SERVI PRO BAYAMON GARDENS H-11 CALLE CASTIGLIONI BAYAMON, PR 00957 | | | | 222,743.13 |
| PHILIPS MEDICAL SYSTEMS PR PO BOX 363954 OLD SAN JUAN STATION SAN JUAN, PR 00936-3954 | | | | 180,413.33 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICES PO BOX 7346 PHILADELPHIA, PA 19101-7346 | | | | 178,556.23 |
| HEALTHCARE AMBULATORY SERVICE PLAZA DEL CARMEN MALL NO. 24 CAGUAS, PR 00725 | | | | 176,350.00 |
| HATO REY MEAT MARKET GUAYAMA 153 SAN JUAN, PR 00917 | | | | 154,950.57 |
| MOVA INTERAMERICANA CALL BOX 4908 CAGUAS, PR 00726 | | | | 129,053.60 |
| GEO-MED GROUP, INC. PO BOX 6178 CAGUAS, PR 00726 | | | | 120,266.46 |
| MILLENIUM MEDICALL EMERGENCY GR PMB 171 BOX 4956 CAGUAS, PR 00726 | | | | 114,992.88 |

```
Label Matrix for local noticing        SAN JUAN BAUTISTA MEDICAL CENTER CORP.    US Bankruptcy Court District of P.R.
0104-3                                  P O BOX 4964                              U.S. Post Office and Courthouse Building
Case 11-02270-11                        CAGUAS, PR 00726-4964                     300 Recinto Sur Street, Room 109
District of Puerto Rico                                                           San Juan, PR 00901-1964
Old San Juan
Fri Mar 18 15:57:50 AST 2011

AAA                                     ABBOTT LABORATORIES PR INC                ACUALAB DE PUERTO RICO
PO BOX 14580                            PO BOX 71469                              BOX 625
SAN JUAN PR 00916                       SAN JUAN PR 00936-8569                    HUMACAO PR 00792-0625


ADALBERTO RIVERA                        ADELISE MATTEI VELEZ                      ADSUAR MUNIZ GOYCO SEDA
PO BOX 2042                             ALTURAS VILLA DEL REY                     POST OFFICE BOX 70294
CAYEY PR 00737                          AUSTINA C-15                              SAN JUAN PR 00936-8294
                                        CAGUAS PR 00727-6732


AEE                                     AEROMED SERVICES CORP                     AGA LINDE HEALTHCARE INSTITUTE
CO ALDARONDO LOPEZ BRAS                 PMB 411                                   GPO BOX 354727
ALB PLAZA CARR 199 NO 16 SUITE 400      PO BOX 70344                              SAN JUAN PR 00936-4727
GUAYNABO PR 00969                       SAN JUAN PR 00936-8344


ALADDIN TEMP RITE                       ALARM CONTROL SYSTEMS CO                  ALICIA SOSA JIMENEZ
PO BOX 19411                            PO BOX 11857                              HC-04 BOX 44374
SAN JUAN PR 00910-1411                  SAN JUAN PR 00922-1857                    MSC-1421
                                                                                  CAGUAS PR 00727-9621


ALPHA BIOMEDICAL AND DIAGNOSTIC         ALS ELECTRONIC SERVICE                    ALTERNATIVE MEDICINE SERVICES
PO BOX 670                              CALLE GUATIBIRI F-8                       URB RIO VERDE
CAGUAS PR 00726-0670                    URB VILLA BORINQUEN                       CALLE 25 ZZ-50
                                        CAGUAS PR 00725-8018                      CAGUAS PR 00725-6469


AMAURY A LLUVERAS VILLAFANE             AMN BUSINESS FORMS                        ANA COLLAZO PIETRI
URB OREILLY                             PO BOX 334411                             CALLE SAN JORGE 1700
CALLE 2 NUM 44                          PONCE PR 00733-4411                       COND RIJO APTO NO 12
GURABO PR 00778-2000                                                              SANTURCE PR 00919


ANDA GENERICS                           ANDRES GONZALEZ -GLZ EXTERMINATING        ANGEL L CASTRO BARBOSA
2915 WESTON ROAD                        PMB 482                                   HC-08 BOX 39521
FORT LAUDERDALE FL 33331-3627           PO BOX 4956                               CAGUAS PR 00725-9454
                                        CAGUAS PR 00726-4956


ANTONIO MARCADO HERNANDEZ               ARAMBUBURU ESSO SERVICE CORP              ARNALDO LOPEZ FRANCO
URB MADRID LOPEZ                        CALLE GEORGETTI NO 1                      PMB 356
LOPEZ HORMAZABAL 19                     CAGUAS PR 00725-3998                      PO BOX 4985
JUNCOS PR 00777-3106                                                              CAGUAS PR 00726-4985


ASHLAND                                 ASOCIACION DE HOSPITALES DE PR            ATLANTIC BIOLOGICALS
PO BOX 116735                           VILLA NEVAREZ PROF BLDG STE 101           20101 NE 16 PLACE
ATLANTA GA 30368-6735                   CENTRO COMERCIAL VILLA NEVAREZ            MIAMI FL 33179-2720
                                        SAN JUAN PR 00927
```

ATLAS MECHANICAL
PO BOX 9145
SAN JUAN PR 00908-0145

ALESH SERVICIOS DE INFORMACION
PO BOX 191225
SAN JUAN PR 00919-1225

BANCO DE SERVICIOS MUTUOS
662 PONCE DE LEON
PDA 37
SAN JUAN PR 00918-4506

BANCO POPULAR DE PUERTO RICO
PO BOX 362708
SAN JUAN PR 00936-2708

BAXTER SALES DISTRIBUTION CO
PO BOX 360002
SAN JUAN PR 00936-0002

BERDIEL NIEVES
PO BOX 13703
SAN JUAN PR 00908-3703

BETHZAIDA FONSECA MARCANO
C-04 BOX 47138
CAGUAS PR 00725

BIO-MED PLUS INC
PO BOX 3548
GUAYNABO PR 00970-3548

BIOMET ORTHOPEDICS PUERTO RICO
PO BOX 363926
SAN JUAN PR 00936-3926

BMET CORP
PO BOX 10088
PONCE PR 00732-0088

BMS COMUNICATIONS GROUP
PO BOX 363222
SAN JUAN PR 00936-3222

BORSCHOW HOSP
PO BOX 366211
GENERAL POST OFFICE
SAN JUAN PR 00936-6211

BRENDA LIZ FIGUEROA TORRES
AVE JOSE GARIDO H-1
VILLA TURABO
CAGUAS PR 00725

CAGUAS UNIFORMS INC
ZONA INDUSTRIAL VILLA BLANCA
PO BOX 434
CAGUAS PR 00726-0434

CAGUS MECHANICAL CNTRACTORS
NEBRASKA U-4
CAGUAS NORTE
CAGUAS PR 00725-2246

CANCIO NADAL RIVERA
PO BOX 364966
SAN JUAN PR 00936-4966

CARLOS A GOMEZ MARCIAL
CALLE LA ROGATIVA C-1
PASEO SAN JUAN
SAN JUAN PR 00926-6505

CARLOS GONZALEZ VARELA CPA
CALLE ACOSTA NO 32
EDIFICIO ISERN OFICINA 205
CAGUAS PR 00725

CARLOS TORRES BAEZ
HC-2 BOX 31417
CAGUAS PR 00727-9213

CARMEN I COTTO CLAUDIO
PO BOX 5005
PMB 148
SAN LORENZO PR 00754-5005

CARMEN I OCASIO MATOS
POO BOX 982
CAGUAS PR 00726-0982

CARMEN L FIGUEROA ORTIZ
HC 03 BOX 36891
CAGUAS PR 00725-9707

CARMEN M RIVERA PEREZ
PO BOX 211
AGUAS BUENAS PR 00703-0211

CASCADE WATER SERVICES
PO BOX 190
PAYMENTS 113 BLOOMINGDALE RD
BAYAMON PR 00960-0190

CATACHEM LATIN AMERICA
PO BOX 1098
CARR 140 KM 647 INTERIOR
BARCELONETA PR 00617-1098

CEL FIRE YO CARLOS FLORES
AVE BETANCES URB HERMANAS
DAVILA J-5 PO BOX 3092
BAYAMON PR 00960

CELSIUS
PO BOX 6616
CAGUAS PR 00726-6616

CHEAM-AGUA
PO BOX 1166
CAROLINA PR 00986-1166

CHEMSTRUMENTS SALES SERVICES
PO BOX 1857
GUAYNABO PR 00970-1857

CHEMTRON OF PUERTO RICO
PMB 289 PO BOX 8700
CAROLINA PR 00988-8700

| | | |
|---|---|---|
| CIT FINANCIAL DE PUERTO RICO<br>COBIANS PLAZA BUILDING<br>1607 AVE PONCE DE LEON SUITE<br>SAN JUAN PR 00909-1820 | CLARO<br>PO BOX 70366<br>SAN JUAN PR 00936-8366 | CLENDO INDUSTRIAL LABORATORY<br>PO BOX 549<br>BAYAMON PR 00960-0549 |
| CLENDO REFERENCE LAB<br>PO BOX 549 AVE SANTA CRUZ<br>URB SANTA CRUZ<br>BAYAMON PR 00960-0549 | COASTAL<br>500 STUDIO DRIVE<br>VIRGINIA BEACH VA 23452-1175 | CONSOLIDATED RADIOLOGY COMPLEX<br>CONSOLIDATED MEDICAL PLAZA<br>202 GAUTIER BENITEZ SUITE 004<br>CAGUAS PR 00725-5527 |
| CONTINENTAL CASUALTY COMPANY<br>PMC CCC HEALTH PRO<br>23453 NETWIRK PLACE<br>CHICAGO PR 60673-1234 | COQUI AMBULANCE<br>PO BOX 1212<br>CAGUAS PR 00726-1212 | CORDOVA AMB YO PABLO ROSARIO<br>CALLE MIRAFLORES NO 16<br>JUNCOS PR 00777 |
| CORTELCO<br>PO BOX 363665<br>SAN JUAN PR 00936-3665 | COULTER ELECTRONICS SALES<br>PO BOX 71312<br>SAN JUAN PR 00936-8412 | COVIDIEN<br>GPO BOX 71416<br>SAN JUAN PR 00936-8516 |
| CROSS MDICAL SPECIALTIES<br>450 ANDBRO DRIVE<br>SUITE 7<br>PITMAN NJ 08071-1274 | CROWD CONTROL<br>370 FERNANDO PRIMERO<br>HATO REY PR 00918-2423 | DANIAN ENGINEERING<br>311 ARTURO MARQUEZ<br>URB VALLE PIEDRA<br>LAS PIEDRAS PR 00771-3094 |
| DANIEL SANTIAGO TORRES<br>PO BOX 1321<br>BAYAMON PR 00960-1321 | DANKA<br>PO BOX 70176<br>SAN JUAN PR 00936-8176 | DANNY RIVERA COLON<br>HC45 BOX 14551<br>CAYEY PR 00736-9758 |
| DAYANNE PENA RODRIGUEZ<br>APARTADO 2609<br>JUNCOS PR 00777-2609 | DEBRA FERRARI CRUZ<br>CALLE FLAMBOYAN G-2<br>VILLA TURABO<br>CAGUAS PR 00725-6135 | DELISSA CONTRERAS LOPEZ<br>HC-04 BOX 46619<br>BO JAGUAL<br>SAN LORENZO PR 00754 |
| DENTAL DENTAL<br>METRO OFFICE PARK 14<br>CALLE 2 SUITE 200<br>GUAYNABO PR 00959-4834 | DEPARTAMENTO DEL TRABAJO Y<br>RECURSOS HUMANOS<br>PO BOX 191020<br>SAN JUAN PR 00919-1020 | DEPARTMENT OF HEALTH<br>PO BOX 70184<br>SAN JUAN PR 00936-8184 |
| DEPARTMENT OF TREASURY<br>BANKRUPTCY DIVISION<br>PO BOX 9024140<br>SAN JUAN PR 00902-4140 | DHL EXPENSES<br>PO BOX 4723<br>HOUSTON TX 77210-4723 | DIEGO LOINAZ MARTIN LAW OFFICES<br>1353 LUIS VIGOREAUX AVE<br>PMB 486<br>GUAYNABO PR 00966-2715 |
| DROGUERIA BETANCES<br>PO BOX 368<br>VILLA BLANCA<br>CAGUAS PR 00726-0368 | DROGUERIA CASTILLO<br>PO BOX 191149 361 ANGEL BUONOMO ST<br>TRES MONJITAS IND PARK<br>SAN JUAN PR 00919-1149 | ECO LAB<br>CALE BOX 60-7086<br>BAYAMON PR 00960 |

```
EDGE LEGAL STRATEGIES PSC        EDITORIAL LA SEMANA             EDWARDS LIFESCIENCIES SALES
B5 TABONUCO STREET               PO BOX 6537                     PO BOX 1577
SUITE 216 PMB 298                CAGUAS PR 00726-6537            ROAD 402 KM 14
GUAYNABO PR 00968-3022                                           INDUSTRIAL PARK
                                                                 ANASCO PR 00610-1577


EDWIN DE JESUS GARCIA            EFRAIN HERNANDEZ REYES          EFRAIN SOTO
CARR 174 KM 19                   URB VILLA DEL REY               YO MAST HOSP MAN
BO MULAS                         C-23 4TA EXT                    CALLE TORRES NO 77
AGUAS BUENAS PR 00703            CAGUAS PR 00725                 PONCE PR 00730-3814


EILEEN RAMOS CRESPO              EILLIN LA SANTA GOMEZ           EL NUEVO DIA
VILLA CARMEN H-6                 URB JARDINES DEL VALENCIANO     PO BOX 71445
AVE LUIS MUNOZ MARIN             CALLE ORQUIDIAS B-24            SAN JUAN PR 00936-8545
CAGUAS PR 0725                   JUNCOS PR 00777-3437


EL ORIENTAL                      ELECTRICAL  POWER GENERATOR     EMDEON BUSINESS SERVICES
CALLE CRUZ STELLA NO 36          SAGRADO CORAZON                 1283 MURFREESBORD RD
HUNACAO PR 00791-3744            43 SANMARTIN STREET             NASHVILLE TN 37217-2432
                                 GUANICA PR 00653-3025


EMERITO HERNANDEZ ROMAN          EMICS ALTERNATIVE AT            ERNESTO LOPEZ ASOCIADOS INC
APARTADO 760                     PO BOX 697                      898 AVE MUNOZ RIVERA SUITE 204
SAN LORENZO PR 00754-0760        CANOVANAS PR 00729-0697         RIO PIEDRAS
                                                                 SAN JUAN PR 00927-4303


ESCUELA DE MEDICINA              EUFEMIO ROLDAN COSS             EVELYN RUTELL ORTIZ
SAN JUAN BAUTISTA                BO 2DA HONDA K-12               PO BOX 4961
PO BOX 4968                      HC-30 BOX 3064                  SUITE 304
CAGUAS PR 00726-4968             SAN LORENZO PR  00754           CAGUAS PR 00726-4961


EYMY CAMPOS ALCANTARA            FACSIMILE PAPER                 FDA HQSA
URB COLINAS DE NAVARRO 7         PO BOX 363122                   PO BOX 70953
CALLE PRINCIPAL                  SAN JUAN PR 00936-3122          CHARLOTTE NC 28272-0953
GURABO PR 00778


FELIX TORRES                     FENWAL                          FISCHER SCIENTIFIC
MF-4 PASEO DEL MONTE             KM 05 ROAD NO 112               PO BOX 3648
URB MONTE CLARO                  SAN GERMAN PR 00683             BOSTON MA 02241-3648
BAYAMON PR 00961-4737


FONDO DEL SEGURO DEL ESTADO      FRANCISCO ROMERO LLAVONA        FUJINON INC
PO BOX 365028                    AVE LUIS MUNOZ MARIN            10 HIGHPOINT DRIVE WAYNE
SAN JUAN PR 00936-5028           CONDADO MODERNO M-13            GROTON MA 01470-0001
                                 CAGUAS PR 00725


GABRIEL MALDONADO ORTIZ          GABRIEL MALDONADO YO ACTS       GE CAPITAL CORP OF PR
BDA SAN LUIS                     NO 3 LAS AVES                   PO BOX 70256
CALLE JERUSALEN NO 64            LUQUILLO PR 00773-3007          SAN JUAN PR 00936-8256
AIBONITO PR 00705-3131
```

```
GE HELATHCARE PUERTO RICO INC      GEO-MED GROUP INC                  GLOBALIZE BUSINESS SOLUTION
AVE SAN PATRICIO 792               PO BOX 6178                        680 AVE CESAR GONZALEZ
URB LAS LOMAS                      CAGUAS PR 00726-6178               SUITE 200
SAN JUAN PR 00921-1303                                                SAN JUAN PR 00918-3900


GOMEZ GRAFIKA                      GRAINGER                           GRUPO OFTALMOLOGIA RCM
PO BOX 5565                        105 CONQUISTADORES AVE             PO BOX 29134
CAGUAS PR 00726-5565               CATANO PR 00962-6774               SAN JUAN PR 00929-0134


GUADAMED AMBULANCE                 GUIDANT                            GULF COAST PHARMACEUTICALS
CARR 189                           MARIO PELEGRINA INC                995 NORTH HALSTEAD ROAD
KM 11 BO RINCON                    PO BOX 916                         OCEAN SPRINGS MS 39564-3105
GURABO PR 00778                    ST JUST PR 00978-0916


HA RENTAL MACHINES                 HATO REY MEAT MARKET               HEALTHCARE AMBULATORY SERVICE
CARR 735 KM 06                     GUAYAMA 153                        PLAZA DEL CARMEN MALL NO 24
HC-74 BOX 6882                     SAN JUAN PR 00917-4511             CAGUAS PR 00725
CAYEY PR 00736-9540


HEALTHCARE DATA INC                HEALTHCARE LOGISTICS               HECTOR RIVERA APONTE
PO BOX 234010                      PO BOX 25                          PO BOX 523
ENCINITAS                          CIRCLEVILLE OH 43113-0025          CAGUAS PR 00726-0523
ENCINITAS CA 92023-4010


HECTOR TORRES HERNANDEZ            HERRERO GRAPHIC PRINTING           HILDA AGUAYO BENITEZ
CALLE 1 B-2                        PO BOX 20589                       URB BONNEVILLE HEIGHTS
URB LAS MERCEDES                   SAN JUAN PR 00928-0589             CALLE AIBONITO NO 4
CAGUAS PR 00725                                                       CAGUAS PR 00727-4965


HIMA                               HOLSUM DE PUERTO RICO              HOSPITAL MENONITA
AVE MUNOZ MARIN                    CALL BOX 8282                      PO BOX 373130
CAGUAS PR 00725                    TOA BAJA PR 00951-8282             CAYYEY PR 00737-3130


IFC LIGHTING SERVICE SUPPLY        IMPLANTES Y SISTEMAS MEDICOS       IMRL INMUNDO REF LAB
CAPARRA TERRACE 1626               PMB 171 PO BOX 11850               CALLE AGUAYBANA NO 426
AVE PINERO                         SAN JUAN PR 00922-1850             URB VEDADO HATO REY
SAN JUAN PR 00920                                                     SAN JUAN PR 00918-3351


INSTRUMED                          INTENSIVE CARE TRANSPORT           INTERBORO SYSTEMS CORP
PMB 171                            PO BOX 9022556                     PO BOX 6371
PO BOX 11850                       SAN JUAN PR 00902-2556             SAN JUAN PR 00914-6371
SAN JUAN PR 00922-1850


INTERGRADE NETWORK GROUP           INTERNAL REVENUE SERVICES          IRIS M CLAUDIO CLAUDIO
MSC 896                            PO BOX 7346                        PO BOX 5005
AVE WISTON CHURCHILL 138           PHILADELPHIA PA 19101-7346         PMB 43
SAN JUAN PR 00926-6013                                                SAN LORENZO PR 00754-5005
```

```
IRIS Y BAEZ RIOS                 IRS                             IRVING O DIAZ BARBOSA
HC-07 BOX 33119                  CITIVIEW PLAZA NO II            CALLE PINA I-16
CAGUAS PR 00727-9310             48 CARRETERA 165 SUITE 2000     URB LOS CRIOLLOS
                                 GUAYNABO PR 00968-8000          CAGUAS PR 00725-4016


ISRAEL ROSADO                    IVANS INC                       IVELISSE SANTOS COTTO
HC 02 BOX 11063                  PO BOX 8500001                  HC-8 BOX 38826
JUNCOS PR 00777                  ORLANDO FL 32885-0033           CAGUAS PR 00725-9419


JAIME ALBIZU LAMBOY RILEY        JAIME ALBIZU LAMBOY RILEY       JAIME X RODRIGUEZ VELAZQUEZ
EDIF ARROYO                      LA RIVIERA                      HC-03 BOX 7909
528 PONCE DE LEON SUITE 304      943 DE DIEGO                    LAS PIEDRAS PR 00771-9373
SAN JUAN PR 00918-3639           SAN JUAN PR 00921-2501


JANELLY PEREZ WILLIAMS           JANICE DIEPPA SANCHEZ           JENNY L MORALES CLAUDIO
HC-02 BOX 11112                  VILLAS DE GURABO                HC-04 BOX 97528
HUMACAO PR 00791-9307            CALLE 1 D-30                    CAGUAS PR 00727
                                 GURABO PR 00778-2381


JESSICA NUNEZ FELIX              JM DEPOT INC                    JORGE C NAVARRO
RES BRISAS DEL TURABO            PARQUE INDUSTRIAL EL COMANDANTE VILLA NUEVA
EDIF 20 APT 130                  CALLE SAN MARCOS EDIF 2 NORTE   CALLE 4 T-32
CAGUAS PR 00725-9470             CAROLINA PR 00982               CAGUAS PR 00727-6915


JORGE MARRERO NIEVES             JORGE NIEVES HUERTAS            JOSE A CARTAGENA
URB ALTOS DE LA FUENTE           HC-07 7537                      CALLE 25 WZ 14
K-23 CALLE 8                     AGUAS BUENAS PR 00703           URB RIO VERDE 0
CAGUAS PR 00727-7334                                             CAGUAS PR 00726


JOSE A RODRIGUEZ ROBLES          JOSE D BONES RIVERA             JOSE L CRUZ
PMB 363                          TURABO GARDENS                  BOX 30943
PO BOX 70344                     CALLE 40 G-20                   SAN JUAN PR 00929-1943
SAN JUAN PR 00936-8344           CAGUAS PR 00727-6619


JOSE M PENA ALICEA               JOSELYN C AYALA RODRIGUEZ       JUAN J LEBRON TIRADO
CALLE H-2 B-5                    1972 URB SAN ROMAN              VILLAS DEL CASTRO
URB SAN RAFAEL                   CALLE SAUCO                     CALLE 4
CAGUAS PR 00725                  GUAYNABO PR 00969               CAGUAS PR 00725


JUAN MORALES RIVERA              JULIE RIVERA LARACUENTE         JV ELEVATOR SERVICE
CALLE YAUREL E-13                PO BOX 916                      RR 02 BOX 5614
PARQUE LAS MERCEDES              PENUELAS PR 00624-0916          CIDRA PR 00739-9672
CAGUAS PR 00725-7521


KEVANE SOTO PASARELL             KINGS UNIFORMS  IND LAUNDRY     LAB CORPORATION
33 BOLIVIA STREET                CARR NO 2 KM 699 BO SANTANA     LAGUNA GARDENS SHOPPING PLAZA
4TH FLOOR                        PO BOX 1138                     SUITE 247
SAN JUAN PR 00917-2000           ARECIBO PR 00613-1138           BURLINGTON NC 27215
```

```
LADYBUG YO GLENDA RIVERA              LAMP RECYCLING                        LATIN AMERICAN ATM GROUP
SERVICIOS DE CONTROL DE PLAGAS        OLIMPO PLAZA APT 403                  255 AVE EMILIANO POT
PO BOX 1214                           AVE MUNOZ RIVERA 1002                 LAS CUMBRES
AIBONITO PR 00705-1214                SAN JUAN PR 00927-5011                SAN JUAN PR 00926-5539


LC DISTRIBUTORS INC                   LECOMAR UNIFORMS                      LEODI INTERNATIONAL INC
PO BOX 361709                         PO BOX 449                            CALLE MAESTRO CORDERO NO 8
SAN JUAN PR 00936-1709                BARCELONETA PR 00617-0449             SAN JUAN PR 00917-1156


LIGHT GAS CORPORATION                 LIPPINCOTT WILLIAM  WILKINS           LISA RAMOS
PO BOX 1155                           A WOLTERS KLUVER CO                   PO BOX 370410
SALINAS PR 00751-1155                 PO BOX 1550                           CAYEY PR 00737-0410
                                      HAGERSTOWN MD 21741-1550


LIZA M RAMOS LORENZO                  LIZA V FRANCO VAZQUEZ                 LOGISTICS  PLANNING
PO BOX 370410                         BOX 192                               F-16 AZULES DEL MAR
CAYEY PR 00737-0410                   SAN LORENZO PR 00754-0192             DORADO PR 00646-2135


LOURDES MALDONADO PIRIS               LOURDES MONTANEZ CRUZ                 LOURDES MUNIZ BADILLO
CALLE NEBRASKA AC 43                  URB CIUDAD JARDIN                     HC-05 BOX 10767
CAGUAS NORTE                          A 79 SUR BAIROA CVIG                  MOCA PR 00676-9761
CAGUAS PR 00725-2242                  CAGUAS PR 00725


LTC PRODUCTS                          LUCY E GONZALEZ BURGOS                LUIS A MEDINA
PO BOX 2487                           VILLA DEL REY                         ALTOS DE LA INTERAMERICANA
ANASCO PR 00610-2487                  IRA SECCION CALLE KENT K-5            V-7 CALLE 15
                                      CAGUAS PR 00725                       TRUJILLO ALTO PR 00976-3220


LUIS ACOSTA FLORES                    LUIS D DAVILA GONZALEZ                LUIS F COLLAZO MARTINEZ
URB VILLAS DE CASTRO                  JOSE MERCADO U-5                      PO BOX 8608
CALLE 700 KK-21                       CAGUAS PR 00725                       CAGUAS PR 00726-8608
CAGUAS PR 00725-4724


LUZ DE LEON                           LUZ E RAMOS SANCHEZ                   LUZ E VAZQUEZ SANCHEZ
HC 01 BOX 4012                        BDA VILLA ALEGRE                      CALLE 4 E-28
MAUNABO PR 00707                      CALLE 1 F NO 4                        URB SAN RAFAEL
                                      CAGUAS PR 00725                       CAGUAS PR 00725-4675


LUZ L COLON BERMUDEZ                  LUZ N RODRIGUEZ PEREZ                 MADELINE RIVERA
RR-01 BUZON 2392                      HC-07 BOX 3312                        URB EL VIVERO CALLE 3 A-16
CIDRA PR 00739-9856                   CAGUAS PR 00727                       GURABO PR 00778-2303


MAGDA LOPEZ BENITEZ                   MAIDA CRUZ RUIZ                       MALDONADO  ASOCIADOS PSC
APRIL GARDEN                          MORADOR BAIROA                        PO BOX 79549
CALLE 10 G2                           2T 29 CALLE 24                        CAROLINA PR 00984-9549
LAS PIEDRAS PR 00771-3429             CAGUAS PR 00727-1029
```

```
MARGARITA CEDENO COTTO              MARIA ALEJANDRO LUGO                MARIA DEL C CARABALLO
HC-04 BOX 4494                      HC 05 BOX 55009                     RES VISTA ALEGRE
LAS PIEDRAS PR 00771-9618           CAGUAS PR 00725-9214                EDIF 1 APT 10
                                                                        AGUAS BUENAS PR 00703-3501


MARIA E CARRION POMALES             MARIA E DIAZ SANTER                 MARIA HERNANDEZ RIVERA
HC-02 BOX 9890                      HC-70 BOX 31082                     RES JUAN JIMENEZ GARCIA
JUNCOS PR 00777-9604                SAN LORENZO PR 00754-9711           EDIF 3 APT 171
                                                                        CAGUAS PR 00725


MARIA L DINGUI FIGUEROA             MARTINEZ ODELL  CALABRIA            MASTER PAINTS
PO BOX 752                          PO BOX 190998                       425 CARR 693
CIDRA PR 00739-0752                 SAN JUAN PR 00919-0998              PMB 240
                                                                        DORADO PR 00646-4816


MAYLEEN DIAZ ALEJANDRO              MAYTE ROLON                         MBI DIAGNOSTIC IMAGING INC
HC-02 BOX 4513                      CO LABORATORIO ROLON                PO BOX 157
LAS PIEDRAS PR 00771                PO BOX 142292                       BAYAMON PR 00960-0157
                                    ARECIBO PR 00614-2292


MCMASTER-CARR SUPPLY CO             MED-NET CORP                        MEDICAL BIOTRONIC
PO BOX 7690                         400 CALAF STREET                    PO BOX 2952
ILLINOIS IL 60680-7690              SUITE 101                           BAYAMON PR 00960-2952
                                    SAN JUAN PR 00918-1314


MEDICAL EMERGENCY CARE PROVIDE      MEDICAL PRODUCTS SYSTEMS            MEDICAL TRANSPORT AMBULANCE
PO BOX 19917                        URB CONDADO MODERNO                 A-25 CALLE 2
SAN JUAN PR 00910-1917              CALLE 13 M 33                       URB ESTANCIAS DEL LAGO
                                    CAGUAS PR 00725-2443                CAGUAS PR 00725-5801


MEDICS                              MEDINTEK CORP                       MICHELLE M SURGRANES DE LA VEGA
3 AVE RUIZ SOLER                    PMB 42                              URB MARLENE B-28
URB JARDINES DE CAPARRA             382 SAN CLAUDIO AVE                 CAGUAS PR 00725
BAYAMON PR 00959-7841               SAN JUAN PR 00926-4107


MICRO TECH                          MILLENIUM MEDICALL EMERGENCY GR     MITCHEL NUNEZ ESQUILIN
AVE DEGETAU                         PMB 171                             BOX 7181
URB SAN FRANCISCO                   BOX 4956                            JUNCOS PR  00777
CAGUAS PR 00725                     CAGUAS PR 00726-4956


MODERN MEDICAL SALES                MOVA INTERAMERICANA                 MR INK OF PUERTO RICO
PO BOX 850                          CALL BOX 4908                       PO BOX 2003
CAGUAS PR 00726-0850                CAGUAS PR 00726-4908                CAGUAS PR 00726-2003


NAME BRAND                          NATIONAL LUMBER  HARDWARE           NESTOR D CENTENO ORTIZ
RUIS BELVIS NO 23                   PO BOX 839                          RR-02 BOX 6735
CAGUAS PR 00725-3797                SAN JUAN PR 00919-0839              BO BAYAMON SEC CERTENEJAS I
                                                                        CIDRA PR 00739
```

| | | |
|---|---|---|
| NEW YORK AMBULANCE<br>NO 37 CALLE YERBA BUENA<br>CIUDAD JARDIN<br>GURABO PR 00778-9649 | NIDZA L REYES LOPEZ<br>CALLE NARCISO COLLAZO NO 339<br>BUZON 197<br>CAYEY PR 00739 | NIPRO MEDICAL OF PUERTO RICO<br>PO BOX 810263<br>CAROLINA PR 00981-0263 |
| NORMA RODRIGUEZ VELAZQUEZ<br>100 EMAJAGUILLA<br>LOS FLAMBOYANES<br>GURABO PR 00778-2765 | NU SCAN CENTER<br>PO BOX 6960<br>CAGUAS PR 00726-6960 | ODNIEL PAGAN INC<br>PO BOX 7758<br>PUEBLO STATION<br>CAROLINA PR 00986-7758 |
| OMAYRA MULERO MULERO<br>HC-05 BOX 52894<br>CAGUAS PR 00725-9207 | OMAYRA ROSA NERIS<br>HC-40 BOX 43333<br>SAN LORENZO PR 00754-9883 | OTIS ELEVATOR COMPANY<br>121 GANGES STREET<br>URB EL PARAISO<br>SAN JUAN PR 00926-2915 |
| PEDIATRIX MEDICAL GROUP<br>PO BOX 4964<br>CAGUAS PR 00726-4964 | PEDRO A MALAVE FIGUEROA<br>HC-20 BOX 25613<br>SAN LORENZO PR 00754-9473 | PEDRO L DEL VALLE SALUCRUP<br>SABANERA DEL RIO NO 402<br>CAMINO LAS TRINITARIAS<br>GURABO PR 00778 |
| PEREIRA MEDICAL SYSTEMS INC<br>URB BAIROA<br>CALLE GUARIONEX B5<br>CAGUAS PR 00725 | PERFORACIONES E CAMPOS INC<br>CARR 1 KM 243<br>BO BUEN PASTOR<br>GUAYNABO PR 00969 | PG COMERCIAL LLC<br>PO BOX 71492<br>SAN JUAN PR 00936-8592 |
| PHILIPS MEDICAL SYSTEMS PR<br>PO BOX 363954<br>OLD SAN JUAN STATION<br>SAN JUAN PR 00936-3954 | PITNEY BOWES PUERTO RICO INC<br>PO BOX 9020524<br>SAN JUAN PR 00902-0524 | PLATINUM OFFICE<br>PO BOX 801082<br>COTO LAUREL<br>COTO LAUREL PR 00780-1082 |
| PORFIRIO A TOLEDO Y ASSOC<br>PO BOX 195243<br>SAN JUAN PR 00919-5243 | POST MASTER DE CAGUAS<br>CALLE GAUTHIER BENITEZ<br>CAGUAS PR 00725 | POSTAL SUPPLY WAREHOUSE<br>17939 CHATSWORTH STREET NO 427<br>GRANADA HILLS CA 91344-5606 |
| PR SOLUTION SUPPLY INC<br>PO BOX 50460<br>TOA BAJA PR 00950-0460 | PR TELEPHONE COMPANY<br>PO BOX 71535<br>SAN JUAN PR 00936-8635 | PREFERRED HEALTH PLAN<br>PO BOX 23316<br>UPR STATION<br>SAN JUAN PR 00931-3316 |
| PRIME MEDICAL TRANSPORT<br>PMB 429 SUITE 101<br>220 WESTERN AUTO PLAZA<br>TRUJILLO ALTO PR 00976-3607 | PRIVATE COPS SECURITY CORP<br>PALMANOVA PLAZA SUITE 127-C<br>PALMAS DEL MAR<br>HUMACAO PR 00791-6144 | PROG ENFERMEDADES HEREDITARIA<br>HOSPITAL PEDIATRICO UNIVERSITARIO<br>GPO BOX 70192<br>SAN JUAN PR 00936-8192 |
| PSW<br>POSTAL SUPPLY WAREHOUSE<br>GRANADA HILLS CA 91344 | PUERTO RICO BIOMEDICAL<br>PO BOX 4755<br>CAROLINA PR 00984-4755 | PUERTO RICO HOSP SUPPLY<br>CARRETERA 860 KM 01<br>CAROLINA PR 00987 |

```
PUERTO RICO HOSPITAL SUPPLY        PUERTO RICO SURGICAL             PULMONARY SERVICES
CALL BOX 158                       HC 72 BOX 3766-324               PO BOX 19870
CAROLINA PR 00986-0158             NARANJITO PR 00719               SAN JUAN PR 00910-1870


RAD ONE PSC                        RAMONA LEE ELIAS                 RCP ANESTHESIA PSC
PMB 409 1357                       HC-20 BOX 26316                  PO BOX 366257
AVE ASHFORD                        SAN LORENZO PR 00754-9654        SAN JUAN PR 00936-6257
SAN JUAN PR 00907


RICARDO DIAZ SOTO                  RM ELECTRICAL SERVICES           ROSA I SANTOS RODRIGUEZ
HC 04 BOX 47139                    URB VILLA CRIOLLOS               PMB 20113
CAGUAS PR 00727-9617               C-14 CALLE CORAZON               PO BOX 35000
                                   CAGUAS PR 00725-4038             CANOVANAS PR 00729-0014


ROSADO CONDE ASOCIADOS             ROSALIA RODRIGUEZ                RYDER MEMORIAL HOSPITAL
454 TNTE CESAR GONZALEZ            URB CONDADO MODERNO              PO BOX 859
SAN JUAN PR 00918-2628             J-2 CALLE 9                      HUMACAO PR 00792-0859
                                   CAGUAS PR 00725-2436


SAMUEL DE LA ROSA VALENCIA         SANTURCE X-RAY                   SENSORS
APARTADO 22805                     PO BOX 11749                     6003 CHAPEL HII
SAN JUAN PR 00931-2805             SAN JUAN PR 00910-2849           SUITE 117
                                                                    RALEIGH NC 27607-5487


SERVI PRO                          SEXAUER                          SHERWIN WILLIAMS
BAYAMON GARDENS                    200 EAST PARK DRIVE              AVE LUIS MUNOZ MARIN
H-11 CALLE CASTIGLIONI             SUITE 200                        A-16
BAYAMON PR 00957-2427              MOUNT LAUREL NJ 08054-1259       CAGUAS PR 00725-6125


SMITH AND NEPHEW                   SOCORRO VELAZQUEZ RODRIGUEZ      SPOT AND HOLD
PO BOX 191952                      BUNKER N-412                     PO BOX 1836
SAN JUAN PR 00919-1952             CAGUAS PR 00725                  MAYAGUEZ PR 00681-1836


ST JUDE MEDICAL PR BV              STAT LAB SUPPLY                  STERICYCLE INC
PO BOX 998                         PO BOX 192072                    PO BOX 9001590
CAGUAS PR 00726-0998               SAN JUAN PR 00919-2072           LOUSVILLE KY 40290-1590


SYSTEMS ONE                        TAIMA FLORES PEDRAZA             TEAM COLLECTION
PO BOX 10567                       PO BOX 524                       PO BOX 3050
CAPARRA HEIGHTS STATION            CIDRA PR 00739-0524              GURABO PR 00778-3050
SAN JUAN PR 00922-0567


THE PUERTO RICO YELLOW PAGES       THERESA ORTIZ MONTANEZ           UNITED FORMS GRAPHICS
530 AVE DE LA CONSTITUCION         JARDINES DE SAN CARLOS           PO BOX 8701
SAN JUAN PR 00901-2304             EDIF 3 APT 27                    BAYAMON PR 00960-8701
                                   CAGUAS PR 00725
```

| | | |
|---|---|---|
| UNITED STATES TREASURY<br>PO BOX 16742<br>SAN JUAN PR 00908-6742 | UNIVERSAL CRUZ<br>PO BOX 895<br>SABANA SECA PR 00952-0895 | UNIVERSAL SERVICES CONSULTANT<br>PO BOX 5891<br>CAGUAS PR 00726-5891 |
| US DEPARTMENT OF JUSTICE<br>FEDERAL LITIGATION DIVISION<br>PO BOX 9020192<br>SAN JUAN PR 00902-0192 | UTEP<br>PO BOX 859<br>HUMACAO PR 00792-0859 | VAQUERIA TRES MONJITAS<br>PO BOX 366757<br>SAN JUAN PR 00936-6757 |
| VIRGINA CRUZ BAEZ<br>HC-02 BOX 5366<br>COMERIO PR 00782-9621 | WASTE MANAGEMENT<br>PO BOX 71561<br>SAN JUAN PR 00936-8661 | WILBERTO VELEZ DEL VALLE<br>BOX 1107<br>SAN LORENZO PR 00754-1107 |
| WILLIAM SANCHEZ CRUZ<br>HC-11 BOX 47591<br>CAGUAS PR 00725-9003 | XEROCOMSYS INC<br>AVE 65 INFANTERIA 1416<br>URB SAN AGUSTIN<br>SAN JUAN PR 00926 | XIOMARA BERRIOS<br>HC 01 BOX 5427<br>BARRANQUITAS PR 00794-9694 |
| YADDIRA PAGAN RIVERA<br>HC-02 BOX 13790<br>GURABO PR 00778-9750 | YENITZA RIVERA JIMENEZ<br>PO BOX 497<br>SAN LORENZO PR 00754-0497 | YINESKA TOLENTINO<br>HC-01 BOX 6746<br>LAS PIEDRAS PR 00771-9757 |
| YOLANDA BURGOS MORALES<br>URB MENDEZ<br>CALLE D NO 52<br>YABUCOA PR 00767 | YOLANDA DEL VALLE RODRIGUEZ<br>HC-04 BOX 47899<br>CAGUAS PR 00727 | ZAIR O HERNANDEZ DELGADO<br>PO BOX 2221<br>JUNCOS PR 00777-2221 |
| ZOOM BUSINESS FORMS<br>AVE ESCORIAL NO 720<br>CAPARRA TERRACE<br>SAN JUAN PR 00920-4731 | CARMEN D CONDE TORRES<br>254 SAN JOSE STREET<br>5TH FLOOR<br>SAN JUAN, PR 00901-1523 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)ALS UNLIMITED | (u)BIENVENIDO AGOSTO MADERO | (u)BIO MEDICAL APPLICATION |
| (u)CAGUAS PR 00725 | (d)ESCUELA DE MEDICINA<br>SAN JUAN BAUTISTA<br>PO BOX 4968<br>CAGUAS PR 00726-4968 | (u)GENOVEVA OSORIO RAMOS |

| | | |
|---|---|---|
| (u)INFOMEDIKA EDP SOFTWARE | (u)JA BARRAGENO | (u)JUAN ORTIZ PEREZ |
| (u)LUIS O ROMERO CALDERON | (u)LYDIA COLON ALVAREZ | (u)MUNCICIPALITY OF CAGUAS DIRECTOR DE FINANZAS |
| (u)PR SALES AND SERVICES | (u)PROF EMERGENCY MANAGEMENT CLINICA OPD SAN JUAN BAUTISTA MEDICAL | (u)SERVICIOS NEONATALES GUALI |
| (u)VILARO LAW OFFICES | (u)WORLDS OFFICE MACHINE | |

End of Label Matrix
Mailable recipients    320
Bypassed recipients     17
Total                  337