# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO.: 11-2270 (BKT) |
|---|---|
| SAN JUAN BAUTISTA MEDICAL CENTER, CORP. | |
| Debtor | CHAPTER 11 |

## (DRAFT) ORDER

The motion filed by the Debtor under the provisions of the Bankruptcy Code §366 in relation to the Utility Services provided by the Puerto Rico Autoridad de Acueductos y Alcantarillados (AAA), in the form of a prepayment pursuant to subparagraph (c)(1)(A)(v) thereof, as adequate assurance of future performance to AAA is herein **APPROVED.** The Debtor shall pre- pay AAA for all water and sewer services on a monthly basis the amount of $15,000. Should AAA demonstrate a shortfall for this period, the Debtor shall cure this shortfall, after having reasonable opportunity to review the utility charges, within 30 days. Should this amount result in any overpayment, the amount of the overpayment shall be applied towards the Debtor's monthly bill that immediately follows the lapse of this period. AAA has ten (10) days from the date of this Order to submit an objection. This Court finds the Debtor's assurance of payment is in compliance with §366, and specifically subparagraph (c)(1)(A)(v) thereof.

IT IS SO ORDERED.

San Juan, Puerto Rico this ___ day of _____, 2011.

_____
Brian K. Tester
U.S. Bankruptcy Judge

cc: Debtor
Carmen D. Conde
U.S. Trustee
20 largest creditors