SAN JUAN BAUTISTA MEDICAL CENTER
BUDGET STATEMENT OF INCOME
FOR THE TWO WEEKS BEGINNING MARCH 18, 2011

SAN JUAN BAUTISTA MEDICAL CENTER
BUDGET STATEMENT OF INCOME
FOR THE TWO WEEKS BEGINNING MARCH 18, 2011

| | |
|---|---:|
| NET PATIENT REVENUE | $ 614,730 |
| TOTAL OPERATING EXPENSES | 609,750 |
| OPERATING INCOME | $ 4,980 |

# SAN JUAN BAUTISTA MEDICAL CENTER

## NET PATIENT REVENUE

### INPATIENT REVENUE

| | | |
|---|---|---:|
| AVG DAILY CENSUS | | 70 |
| AVG PER DIEM | $ | 560 |
| AVG Daily Inpatient Revenue | $ | 39,200 |
| **TOTAL EXPECTED INPATIENT REVENUE FOR 14 DAYS** | $ | 548,800 |

OUTPATIENT REVENUE

### AMBULATORY SURGERIES

| | | |
|---|---|---:|
| AVG DAILY PROCEDURES | | 7 |
| AVG RATE | $ | 475 |
| AVG DAILY AMB SURGERY REVENUE | $ | 3,325 |
| EXPECTED AMB SURGERY REVENUE FOR 14 DAYS | $ | 33,250 |

### IMAGING CENTER - MR

| | | |
|---|---|---:|
| AVG DAILY PROCEDURES | | 3 |
| AVG RATE | $ | 285 |
| AVG DAILY MR REVENUE | $ | 855 |
| EXPECTED MR REVENUE FOR 14 DAYS | $ | 11,970 |

### IMAGING CENTER - CT

| | | |
|---|---|---:|
| AVG DAILY PROCEDURES | | 5 |
| AVG RATE | $ | 137 |
| AVG DAILY CT REVENUE | $ | 685 |
| EXPECTED CT REVENUE FOR 14 DAYS | $ | 9,590 |

### IMAGING CENTER - XR

| | | |
|---|---|---:|
| AVG DAILY PROCEDURES | | 10 |
| AVG RATE | $ | 12 |
| AVG DAILY XR REVENUE | $ | 120 |
| EXPECTED XR REVENUE FOR 14 DAYS | $ | 1,680 |

### IMAGING CENTER - US

| | | |
|---|---|---:|
| AVG DAILY PROCEDURES | | 5 |
| AVG RATE | $ | 42 |
| AVG DAILY US REVENUE | $ | 210 |
| EXPECTED US REVENUE FOR 14 DAYS | $ | 2,940 |

### LABORATORY

| | | | | |
|---|---|---:|---|---:|
| AVG DAILY PROCEDURES | $ | 65 | | |
| AVG RATE | | 10 | | |
| AVG DAILY US REVENUE | $ | 650 | | |
| EXPECTED LABORATORY REVENUE FOR 14 DAYS | $ | 6,500 | $ | 65,930 |

| | |
|---|---:|
| $ | 614,730 |

| | |
|---|---|
| Payroll | $ 290,000 |
| Payroll Cost (Including Med Insurance) | $ 43,751 |
| Operating Expenses | $ 164,999 |
| Utilities | $ 111,000 |
| | $ 609,750 |