**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

Minute Entry

**Hearing Information:**

**Debtor**: SAN JUAN BAUTISTA MEDICAL CENTER CORP
**Case Number**: 11-02270-BKT11     **Chapter:** 11
**Date / Time / Room**: 9/27/2011 9:00 AM
**Bankruptcy Judge**: BRIAN K. TESTER
**Courtroom Clerk**: MARTA BORREGO
**Reporter / ECR**: LORI ANNIE RODIGUEZ
**Matter:**

Final hearing on Motion for Relief From Stay Under 362 filed by Department of Health of the Commonwealth of PR (#229) and debtor's opposition (#250)

**Appearances:**

CARMEN CONDE, ATTORNEY FOR DEBTOR
ROBERT FREEDMAN, ATTORNEY FOR DEBTOR
MIGDA L RODRIGUEZ COLLAZO, ATTORNEY FOR MOVANT
EYCK LUGO, ATTORNEY FOR THE SCHOOL OF MEDICINE SAN JUAN BAUTISTA

**Proceedings:**

**ORDER:**

The parties requested additional time to try to reach an agreement to be presented to the court and requested continuance of the hearing. The Department of Health waived the thirty day determination period and the final hearing is rescheduled for **OCTOBER 18, 2011 AT 1:30 P.M.**

**SO ORDERED.**

/S/ BRIAN K. TESTER
U.S. Bankruptcy Judge